**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERTO VALENCIA, et al., | No. C-15-4771 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT TO** |
| v. | **SUBMIT CHAMBERS COPY OF NOTICE** |
| COMCAST CORPORATION, et al., | **REMOVAL AND EXHIBITS** |
| Defendants. | |
| _____/ | |

On October 21, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith chambers copies of the Notice of Removal, filed October 15, 2015, and all exhibits attached thereto.

**IT IS SO ORDERED.**

Dated: October 30, 2015

_____
MAXINE M. CHESNEY
United States District Judge