IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERTO VALENCIA, et al., | No. C-15-4771 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COMCAST CORPORATION, | |
| Defendants. / | |

Before the Court is the Joint Case Management Statement, filed January 8, 2016, in which the parties advise the Court of the pendency of a Motion to Relate the above-titled action to an action currently pending before the Honorable Jeffrey S. White.

In light of the above, the Court, in the interest of judicial economy, hereby CONTINUES the Case Management Conference currently scheduled for January 15, 2016, to February 5, 2016. Barring any change as to the information provided in the parties' initial joint statement, the parties need not file another Joint Case Management Statement in advance of the rescheduled Case Management Conference.

**IT IS SO ORDERED.**

Dated: January 12, 2016

MAXINE M. CHESNEY
United States District Judge