UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERTO VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-04771-JSW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 28, 2016<br>Mediator: Michael Loeb |

IT IS HEREBY ORDERED that the request to excuse defendant Comcast's Assistant general Counsel, David Brier, from appearing in person at the June 28, 2016, mediation before Michael Loeb is DENIED.

**IT IS SO ORDERED**.

Dated: June 22, 2016

Maria-Elena James
United States Magistrate Judge