United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LAMBERTO VALENCIA, et al.,

Plaintiffs,

v.

COMCAST CORPORATION, et al.,

Defendants.

Case No. 15-cv-04771-JSW (NJV)

**ORDER RE MOTION FOR SANCTIONS**

Re: Dkt. No. 56

On September 22, 2016, Defendant Comcast ("Comcast") filed a Motion for Sanctions in this action. (Doc. 56.) Comcast alleged that 1) numerous Plaintiffs had not complied with the court's order to provide signed and dated verifications to their interrogatory responses; 2) Plaintiff Ryan Murray had failed to comply with the order to sit for his deposition or dismiss his case; 3) certain Plaintiffs had failed to comply with the order to respond to particular requests for production of documents, and 4) certain Plaintiffs' supplemental responses were incomplete. The court held a hearing on this matter on November 1, 2016. (Doc. 71.) The matter was heard before the court again on December 8, 2016. (Doc. 77.) At that hearing, Plaintiffs' counsel indicated that all non-responding Plaintiffs would be dismissed. The parties confirmed that no issues remain to be resolved at this time.

Accordingly, IT IS HEREBY ORDERED that Comcast's Motion for Sanctions is DENIED.

**IT IS SO ORDERED**.

Dated: February 21, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge